# APPENDIX A

1210V5

**Time of Request:** Sunday, November 11, 2007   10:36:55 EST
**Client ID/Project Name:** 430
**Number of Lines:** 5750
**Job Number:**     1842:58947109

Research Information

**Service:**    Terms and Connectors Search
**Print Request:** All Documents 1-198
**Source:** IL Public Records, Combined
**Search Terms:** "Credit Line Recovery" & date(>11/5/06) and date(<11/25/07) and
not(foreclosure or garnishment)

**Send to:**   EDELMAN, DAN
          EDELMAN COMBS & LATTURNER
          120 S LA SALLE ST FL 18
          CHICAGO, IL 60603-3593

ARELLANO; VIRGINIA

1 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** ARELLANO; VIRGINIA
   2504 S CLARENCE AVE
   BERWYN, IL 60402

**CREDITOR: CREDIT LINE RECOVERY**

**CASE NAME:** ARELLANO; VIRGINIA

**CASE NUMBER:** 07M1 0167735

**FILING DATE:** 8/29/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 2,816.18

**ATTORNEY:** MICHAEL D WEIS

ARUNDEL; JOHN J

2 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** ARUNDEL; JOHN J
6059 S MONITOR AVE
CHICAGO, IL 60638-4421

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** ARUNDEL; JOHN J

**CASE NUMBER:** 06M1 0170538

**FILING DATE:** 2/21/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 5,545.17

**ATTORNEY:** MICHAEL D WEIS

AVGUSTINOVICH; YURIJ

3 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** AVGUSTINOVICH; YURIJ
545 N JOYCE ST
LOMBARD, IL 60148

**CREDITOR: CREDIT LINE RECOVERY**

**CASE NAME:** AVGUSTINOVICH; YURIJ

**CASE NUMBER:** 06M1 0145428

**FILING DATE:** 6/13/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 7,784.51

**ATTORNEY:** MICHAEL D WEIS

BARRERA; VERONICA

4 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** BARRERA; VERONICA
    1551 N 43RD AV
    STONE PARK, IL 60165

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** BARRERA; VERONICA

**CASE NUMBER:** 07M1 0114155

**FILING DATE:** 7/5/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 1,492.93

**ATTORNEY:** MICHAEL D WEIS

BENAVIDES; LILIA

5 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** BENAVIDES; LILIA
    1125 CERNAN CT
    ELK GROVE VILLAGE, IL 60007

**CREDITOR: CREDIT LINE RECOVERY**

**CASE NAME:** BENAVIDES; LILIA

**CASE NUMBER:** 07M1 0170171

**FILING DATE:** 9/5/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 7,539.67

**ATTORNEY:** MICHAEL D WEIS

BLASUCCI; LYDIA

6 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** BLASUCCI; LYDIA
    5411 W LAWRENCE AVE APT 2C
    CHICAGO, IL 60630

**CREDITOR: CREDIT LINE RECOVERY**

**CASE NAME:** BLASUCCI; LYDIA

**CASE NUMBER:** 07M1 0167926

**FILING DATE:** 8/29/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 3,257.25

**ATTORNEY:** MICHAEL D WEIS

BOND; OCTAVIOUS

7 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** BOND; OCTAVIOUS
    12612 S WENTWORTH AVE
    CHICAGO, IL 60628

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** BOND; OCTAVIOUS

**CASE NUMBER:** 07M1 0167972

**FILING DATE: 10**/24/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 2,915.94

**ATTORNEY:** MICHAEL D WEIS

BOZARTH; LINDA

8 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** BOZARTH; LINDA
  5920 N RIDGE AVE APT 215
  CHICAGO, IL 60660-3247

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** BOZARTH; LINDA

**CASE NUMBER:** 06M1 0176012

**FILING DATE:** 1/31/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 13,478.59

**ATTORNEY:** MICHAEL D WEIS

CISNEROS; FELIX

9 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** CISNEROS; FELIX
    2843 W PERSHING RD 1ST FL
    CHICAGO, IL 60632

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** CISNEROS; FELIX

**CASE NUMBER:** 07M1 0114165

**FILING DATE: 4/4/2007**

**TYPE:** JUDGMENT

**AMOUNT:** $ 5,901.08

**ATTORNEY:** MICHAEL D WEIS

CLEMMONS; TRISTIN E

10 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** CLEMMONS; TRISTIN E
    8955 S ADA ST APT 1
    CHICAGO, IL 60620

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** CLEMMONS; TRISTIN E

**CASE NUMBER:** 07M1 0167968

**FILING DATE: 10**/17/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 2,181.14

**ATTORNEY:** MICHAEL D WIES

COBBINS; WILLIE C

11 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** COBBINS; WILLIE C
    7012 S PAULINA ST
    CHICAGO, IL 60636

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** COBBINS; WILLIE C

**CASE NUMBER:** 07M1 0132483

**FILING DATE:** 5/30/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 18,421.01

**ATTORNEY:** MICHAEL D WEIS

COLEMAN; CRYSTAL

12 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** COLEMAN; CRYSTAL
    519 E 71ST ST APT 210
    CHICAGO, IL 60619
    xxxxx9298

**CREDITOR: CREDIT LINE RECOVERY** INIC

**CASE NAME:** COLEMAN; CRYSTAL

**CASE NUMBER:** 07M1 0114157

**FILING DATE: 8**/1/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 2,207.27

**ATTORNEY:** MICHAEL D WEIS

COOK COUNTY, IL 1855 W 69TH ST, CHICAGO, IL 60636

13 of 198 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** CORONA INVESTMENTS LLC (Company/Corporation)

**Seller:** CARTER, ALTHEA (Trustor); **CREDIT LINE RECOVERY** (Beneficiary); CASE #06M1129731

**Property Address:** 1855 W 69TH ST, CHICAGO, IL 60636

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 4/4/2007

**Recorded Date:** 4/4/2007

**Sale Price:** $ 20,348 (Full Amount)

**Document Number:** 0709434066

**Deed Type:** TRUSTEE'S DEED - (CERTIFICATE OF TITLE)

**Assessor's Parcel Number:** 20-19-418-002

**Legal Description:** LOT: 10; BLOCK: 2; SUBDIVISION: B M BAKERS ADDITION TO ENGLEWOOD ON THE HILL; SEC/TWN/RNG/MERIDIAN: NE4SW4SE4 S19T38NR14E 3P

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

COOK COUNTY, IL 4128 W 99TH PL, OAK LAWN, IL 60453

14 of 198 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer: CREDIT LINE RECOVERY** INC (Beneficiary)

**Seller:** HENEHAN, CYNTHIA (Trustor); CASE #06M1-114541

**Property Address:** 4128 W 99TH PL, OAK LAWN, IL 60453

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Recorded Date: 5/23/2007**

**Sale Price: $ 15,001** (Full Amount)

**Document Number:** 0714318050

**Deed Type:** TRUSTEE'S DEED - (CERTIFICATE OF TITLE)

**Assessor's Parcel Number:** 24-10-421-024

**Legal Description:** LOT: 39; BLOCK: 2; SUBDIVISION: BEVERLY LAWN; SEC/TWN/RNG/MERIDIAN: SE4
S10T37NR13E 3P

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Title Company:** NONE AVAILABLE

CREDIT LINE RECOVERY INC v. CLEMENTE;MARITESS

15 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** CLEMENTE;MARITESS
6415 26TH PL
BERWYN, IL 60402-2746

**CASE NAME: CREDIT LINE RECOVERY** INC v. CLEMENTE;MARITESS

**CASE NUMBER:** 07M1 0114153

**FILING DATE:** 2/23/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 2,911.68

CREDIT LINE RECOVERY INC v. ELMATARI;RATIBE H

16 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** ELMATARI;RATIBE H
       4310 W 83RD ST
       CHICAGO, IL 60652-2241

**CASE NAME: CREDIT LINE RECOVERY** INC v. ELMATARI;RATIBE H

**CASE NUMBER:** 07M1 0114154

**FILING DATE:** 2/23/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 4,453.57

CREDIT LINE RECOVERY INC v. BARRERA;VERONICA

17 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** BARRERA;VERONICA
17311 N 37TH AVE
STONE PARK, IL 60165

**CASE NAME: CREDIT LINE RECOVERY** INC v. BARRERA;VERONICA

**CASE NUMBER:** 07M1 0114155

**FILING DATE:** 2/23/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 1,492.93

CREDIT LINE RECOVERY INC v. SAPRA;KARTIKAY

18 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** SAPRA;KARTIKAY
            6211 N BROADWAY ST #206
            CHICAGO, IL 60660-1902

**CASE NAME: CREDIT LINE RECOVERY** INC v. SAPRA;KARTIKAY

**CASE NUMBER:** 07M1 0114156

**FILING DATE:** 2/23/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 10,453.11

CREDIT LINE RECOVERY INC v. COLEMAN;CRYSTAL

19 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** COLEMAN;CRYSTAL
9130 S HOUSTON AVE
CHICAGO, IL 60617-4319

**CASE NAME: CREDIT LINE RECOVERY** INC v. COLEMAN;CRYSTAL

**CASE NUMBER:** 07M1 0114157

**FILING DATE:** 2/23/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 2,207.27

CREDIT LINE RECOVERY INC v. LEE;RACHEL

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** LEE;RACHEL
    225 W 110TH ST
    CHICAGO, IL 60628-4228

**CASE NAME: CREDIT LINE RECOVERY** INC v. LEE;RACHEL

**CASE NUMBER:** 07M1 0114158

**FILING DATE:** 2/23/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 2,225.72

CREDIT LINE RECOVERY INC v. TOBOLASKI;ELSIE

21 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** TOBOLASKI;ELSIE
4408 FISHERMANN TERR
LYONS, IL 60534-1906

**CASE NAME: CREDIT LINE RECOVERY** INC v. TOBOLASKI;ELSIE

**CASE NUMBER:** 07M1 0114159

**FILING DATE:** 2/23/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 23,993.20

CREDIT LINE RECOVERY INC v. JETER;LORETTA

22 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** JETER;LORETTA
552 W 129TH PL
CHICAGO, IL 60628-7456

**CASE NAME: CREDIT LINE RECOVERY** INC v. JETER;LORETTA

**CASE NUMBER:** 07M1 0114160

**FILING DATE: 2**/23/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 8,241.49

CREDIT LINE RECOVERY INC v. GILMORE;JESSIE L

23 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** GILMORE;JESSIE L
    1261 N CLEVELAND AVE APT 12
    CHICAGO, IL 60610-1771

**CASE NAME: CREDIT LINE RECOVERY** INC v. GILMORE;JESSIE L

**CASE NUMBER:** 07M1 0114161

**FILING DATE:** 2/23/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 7,382.15

CREDIT LINE RECOVERY INC v. MEDINA;SABINA

24 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** MEDINA;SABINA
3937 WHISPERING TRAIL
HOFFMAN ESTATES, IL 60195-1547

**CASE NAME: CREDIT LINE RECOVERY** INC v. MEDINA;SABINA

**CASE NUMBER:** 07M1 0114162

**FILING DATE:** 2/23/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 5,761.00

CREDIT LINE RECOVERY INC v. IGIEWE;ISOKEN

25 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** IGIEWE;ISOKEN
9062 S UNION AVE
CHICAGO, IL 60620-2235

**CASE NAME: CREDIT LINE RECOVERY** INC v. IGIEWE;ISOKEN

**CASE NUMBER:** 07M1 0114163

**FILING DATE:** 2/23/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 2,466.66

CREDIT LINE RECOVERY INC v. ESPRONCEDA;KENNETH

26 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** ESPRONCEDA;KENNETH
800 E 100TH ST
CHICAGO, IL 60628-1672

**CASE NAME: CREDIT LINE RECOVERY** INC v. ESPRONCEDA;KENNETH

**CASE NUMBER:** 07M1 0114164

**FILING DATE: 2**/23/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 10,541.78

CREDIT LINE RECOVERY INC v. CISNEROS;FELIX

27 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** CISNEROS;FELIX
    3151 W 42ND PL APT 2ND FL
    CHICAGO, IL 60632-2823

**CASE NAME: CREDIT LINE RECOVERY** INC v. CISNEROS;FELIX

**CASE NUMBER:** 07M1 0114165

**FILING DATE:** 2/23/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 5,901.08

CREDIT LINE RECOVERY INC v. PARADISO;JULIE

28 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** PARADISO;JULIE
        200 N ARLINGTON HTS RD APT 927
        ARLINGTON HTS, IL 60004-6053

**CASE NAME: CREDIT LINE RECOVERY** INC v. PARADISO;JULIE

**CASE NUMBER:** 07M1 0114166

**FILING DATE: 2**/23/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 10,856.92

CREDIT LINE RECOVERY v. KOSOWICZ; MARCIN

29 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY**

**DEFENDANT:** KOSOWICZ; MARCIN
225 S ROHLWING RD UNIT 612
PALATINE, IL 60074-6471

**CASE NAME: CREDIT LINE RECOVERY** v. KOSOWICZ; MARCIN

**CASE NUMBER:** 07M1 0170163

**FILING DATE:** 7/12/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 2,186.14

CREDIT LINE RECOVERY INC v. PEASON; WALTER C

30 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** PEASON; WALTER C
    1706 E END AV APT 305
    CHICAGO HEIGHTS, IL 60411

**CASE NAME: CREDIT LINE RECOVERY** INC v. PEASON; WALTER C

**CASE NUMBER:** 07M1 0170164

**FILING DATE:** 7/12/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 2,730.88

CREDIT LINE RECOVERY INC v. MOYNIHAN; EILEEN

31 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** MOYNIHAN; EILEEN
      332 INVERRARY LN UNIT D
      DEERFIELD, IL 60015

**CASE NAME: CREDIT LINE RECOVERY** INC v. MOYNIHAN; EILEEN

**CASE NUMBER:** 07M1 0170165

**FILING DATE:** 7/12/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 25,112.77

CREDIT LINE RECOVERY INC v. KIM; BANG W

32 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** KIM; BANG W
   700 N SALEM DR APT 202
   HOFFMAN ESTATES, IL 60169

**CASE NAME: CREDIT LINE RECOVERY** INC v. KIM; BANG W

**CASE NUMBER:** 07M1 0170166

**FILING DATE:** 7/12/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 1,608.54

CREDIT LINE RECOVERY INC v. SALAMEH; DOROTHY M

33 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** SALAMEH; DOROTHY M
4534 N MOODY
CHICAGO, IL 60630-3009

**CASE NAME: CREDIT LINE RECOVERY** INC v. SALAMEH; DOROTHY M

**CASE NUMBER:** 07M1 0170167

**FILING DATE:** 7/12/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 3,182.52

CREDIT LINE RECOVERY INC v. MCNEAL; SHIRLEY R

34 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** MCNEAL; SHIRLEY R
14343 S DANTE
DOLTON, IL 60419-1325

**CASE NAME: CREDIT LINE RECOVERY** INC v. MCNEAL; SHIRLEY R

**CASE NUMBER:** 07M1 0170168

**FILING DATE:** 7/12/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 12,505.66

CREDIT LINE RECOVERY INC v. DAVIS; PAMELA

35 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** DAVIS; PAMELA
745 S KILBOURN AV APT 2
CHICAGO, IL 60624

**CASE NAME: CREDIT LINE RECOVERY** INC v. DAVIS; PAMELA

**CASE NUMBER:** 07M1 0170169

**FILING DATE:** 7/12/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 12,778.34

CREDIT LINE RECOVERY INC v. SMITH; CHRISTOPHER

36 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** SMITH; CHRISTOPHER
        401 S 13TH AV APT 1F
        MAYWOOD, IL 60153

**CASE NAME: CREDIT LINE RECOVERY** INC v. SMITH; CHRISTOPHER

**CASE NUMBER:** 07M1 0170170

**FILING DATE:** 7/12/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 4,241.12

CREDIT LINE RECOVERY INC v. BENAVIDES; LILIA

37 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** BENAVIDES; LILIA
      1125 CERNAN CT
      ELK GROVE VILLAGE, IL 60007

**CASE NAME: CREDIT LINE RECOVERY** INC v. BENAVIDES; LILIA

**CASE NUMBER:** 07M1 0170171

**FILING DATE:** 7/12/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 7,539.67

CREDIT LINE RECOVERY INC v. LEMA; LUIS

38 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** LEMA; LUIS
        6011 N WINTHROP AV APT 312
        CHICAGO, IL 60660

**CASE NAME: CREDIT LINE RECOVERY** INC v. LEMA; LUIS

**CASE NUMBER:** 07M1 0170172

**FILING DATE:** 7/12/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 2,430.42

CREDIT LINE RECOVERY INC v. HORWICK; CAROL

39 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** HORWICK; CAROL
    20 N ROSELLE RD APT 500
    ROSELLE, IL 60172

**CASE NAME: CREDIT LINE RECOVERY** INC v. HORWICK; CAROL

**CASE NUMBER:** 07M1 0170173

**FILING DATE:** 7/12/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 24,793.66

CREDIT LINE RECOVERY INC v. RUIZ; RAMIRO

40 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** RUIZ; RAMIRO
     4039 W BARRY AV APT 1
     CHICAGO, IL 60641

**CASE NAME: CREDIT LINE RECOVERY** INC v. RUIZ; RAMIRO

**CASE NUMBER:** 07M1 0170174

**FILING DATE:** 7/12/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 10,877.46

CREDIT LINE RECOVERY INC v. TRAYLOR; BERNICE

41 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** TRAYLOR; BERNICE
620 W 111TH ST
CHICAGO, IL 60628

**CASE NAME: CREDIT LINE RECOVERY** INC v. TRAYLOR; BERNICE

**CASE NUMBER:** 07M1 0170175

**FILING DATE:** 7/12/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 2,618.31

CREDIT LINE RECOVERY INC v. THOMPSON; LARRY

42 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** THOMPSON; LARRY JR
    233 S HALSTED ST APT 312
    CHICAGO, IL 60661

**CASE NAME: CREDIT LINE RECOVERY** INC v. THOMPSON; LARRY

**CASE NUMBER:** 07M1 0170176

**FILING DATE:** 7/12/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 6,119.61

CREDIT LINE RECOVERY INC v. DRESEVIC;DRAGAN

43 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** DRESEVIC;DRAGAN
    4509 PARK AVE
    BROOKFIELD, IL 60513-2462

**CASE NAME: CREDIT LINE RECOVERY** INC v. DRESEVIC;DRAGAN

**CASE NUMBER:** 07M1 0144448

**FILING DATE:** 5/4/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 25,268.98

CREDIT LINE RECOVERY INC v. RODRIGUEZ; ANGEL

44 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** RODRIGUEZ; ANGEL SR
    5313 S 72ND CT 2ND FL
    SUMMIT, IL 60501

**CASE NAME: CREDIT LINE RECOVERY** INC v. RODRIGUEZ; ANGEL

**CASE NUMBER:** 07M1 0167731

**FILING DATE:** 7/6/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 3,984.73

CREDIT LINE RECOVERY INC v. HAGOS; FITSUM

45 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** HAGOS; FITSUM
    9952 HOLLY LN APT 1 S
    DES PLAINES, IL 60016

**CASE NAME: CREDIT LINE RECOVERY** INC v. HAGOS; FITSUM

**CASE NUMBER:** 07M1 0167733

**FILING DATE:** 7/6/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 10,739.32

CREDIT LINE RECOVERY INC v. ARELLANO; VIRGINIA

46 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** ARELLANO; VIRGINIA
    2504 CLARENCE AVE
    BERWYN, IL 60402

**CASE NAME: CREDIT LINE RECOVERY** INC v. ARELLANO; VIRGINIA

**CASE NUMBER:** 07M1 0167735

**FILING DATE:** 7/6/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 2,816.18

CREDIT LINE RECOVERY INC v. BANDYK; MARIOLA

47 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** BANDYK; MARIOLA
2942 N LAWNDALE AVE FL 1ST
CHICAGO, IL 60618

**CASE NAME: CREDIT LINE RECOVERY** INC v. BANDYK; MARIOLA

**CASE NUMBER:** 07M1 0167736

**FILING DATE:** 7/6/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 4,048.47

CREDIT LINE RECOVERY INC v. MCCRAY; LENARD

48 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** MCCRAY; LENARD
    15263 CALITONIA DRIVE
    MARKHAM, IL 60428

**CASE NAME: CREDIT LINE RECOVERY** INC v. MCCRAY; LENARD

**CASE NUMBER:** 07M1 0167737

**FILING DATE:** 7/6/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 3,357.67

CREDIT LINE RECOVERY INC v. IVANOV; MIHAYL

49 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** IVANOV; MIHAYL
      10435 MENARD AVE APT 201
      OAK LAWN, IL 60453

**CASE NAME: CREDIT LINE RECOVERY** INC v. IVANOV; MIHAYL

**CASE NUMBER:** 07M1 0167738

**FILING DATE:** 7/6/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 5,607.66

CREDIT LINE RECOVERY INC v. HARRIS; SHARON

50 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** HARRIS; SHARON
    10748 S WABASH AVE FL 2
    CHICAGO, IL 60628

**CASE NAME: CREDIT LINE RECOVERY** INC v. HARRIS; SHARON

**CASE NUMBER:** 07M1 0167739

**FILING DATE:** 7/6/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 5,922.64

CREDIT LINE RECOVERY INC v. CAPPITELLI; ERIN

51 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** CAPPITELLI; ERIN
220 S ROSELLE RD APT 512
SCHAUMBURG, IL 60193

**CASE NAME: CREDIT LINE RECOVERY** INC v. CAPPITELLI; ERIN

**CASE NUMBER:** 07M1 0167742

**FILING DATE:** 7/6/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 3,351.22

CREDIT LINE RECOVERY INC v. IBRAHIM; AMANI R

52 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT: IBRAHIM; AMANI R**
    9440 S 51ST AVE APT 401
    OAK LAWN, IL 60453

**CASE NAME: CREDIT LINE RECOVERY** INC v. IBRAHIM; AMANI R

**CASE NUMBER:** 07M1 0167743

**FILING DATE:** 7/6/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 6,625.16

CREDIT LINE RECOVERY INC v. TORRES; RAFAEL

53 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** TORRES; RAFAEL
   10113 S EWING AVE
   CHICAGO, IL 60617

**CASE NAME: CREDIT LINE RECOVERY** INC v. TORRES; RAFAEL

**CASE NUMBER:** 07M1 0167744

**FILING DATE:** 7/6/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 29,370.35

CREDIT LINE RECOVERY INC v. STREETER; LARRY

54 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** STREETER; LARRY
    1019 E 100TH PLACE
    CHICAGO, IL 60628

**CASE NAME: CREDIT LINE RECOVERY** INC v. STREETER; LARRY

**CASE NUMBER:** 07M1 0167745

**FILING DATE:** 7/6/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 2,903.01

CREDIT LINE RECOVERY INC v. PEREZ; LUIS

55 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** PEREZ; LUIS
 3315 KIRCHOFF RD APT 2 C
 ROLLING MEADOWS, IL 60008

**CASE NAME: CREDIT LINE RECOVERY** INC v. PEREZ; LUIS

**CASE NUMBER:** 07M1 0167746

**FILING DATE:** 7/6/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 5,468.32

CREDIT LINE RECOVERY INC v. AUSTIN; ANTHONY

56 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** AUSTIN; ANTHONY
8604 STATE ROAD
OAK LAWN, IL 60459

**CASE NAME: CREDIT LINE RECOVERY** INC v. AUSTIN; ANTHONY

**CASE NUMBER:** 07M1 0167747

**FILING DATE:** 7/6/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 23,658.31

CREDIT LINE RECOVERY INC v. FERNANDOPULLE; JOHN

57 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** FERNANDOPULLE; JOHN
        916 WISCONSIN AVE
        OAK PARK, IL 60304

**CASE NAME: CREDIT LINE RECOVERY** INC v. FERNANDOPULLE; JOHN

**CASE NUMBER:** 07M1 0167748

**FILING DATE:** 7/6/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 2,667.73

CREDIT LINE RECOVERY INC v. NICKSON; JENNIFER

58 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** NICKSON; JENNIFER
    1413 LAKE AVE
    WILMETTE, IL 60091

**CASE NAME: CREDIT LINE RECOVERY** INC v. NICKSON; JENNIFER

**CASE NUMBER:** 07M1 0167749

**FILING DATE:** 7/6/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 29,884.48

CREDIT LINE RECOVERY INC v. KOROSI; JOSEPH

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** KOROSI; JOSEPH
    3550 N LAKE SHORE DR APT 720
    CHICAGO, IL 60657

**CASE NAME: CREDIT LINE RECOVERY** INC v. KOROSI; JOSEPH

**CASE NUMBER:** 07M1 0167750

**FILING DATE:** 7/6/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 22,606.07

CREDIT LINE RECOVERY INC v. SMITH; KEVONE L

60 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** SMITH; KEVONE L
    9933 S THROOP ST
    CHICAGO, IL 60643

**CASE NAME: CREDIT LINE RECOVERY** INC v. SMITH; KEVONE L

**CASE NUMBER:** 07M1 0167751

**FILING DATE:** 7/6/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 2,970.38

CREDIT LINE RECOVERY INC v. TURRISE; GENO A

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** TURRISE; GENO A
607 VIRGINIA AVE
LYNNWOOD, IL 60411

**CASE NAME: CREDIT LINE RECOVERY** INC v. TURRISE; GENO A

**CASE NUMBER:** 07M1 0167753

**FILING DATE:** 7/6/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 4,248.78

CREDIT LINE RECOVERY INC v. TAHENY; JOHN

62 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** TAHENY; JOHN
722 N BEVERLY
ARLINGTON HEIGHTS, IL 60004

**CASE NAME: CREDIT LINE RECOVERY** INC v. TAHENY; JOHN

**CASE NUMBER:** 07M1 0167756

**FILING DATE:** 7/6/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 6,092.47

CREDIT LINE RECOVERY INC v. ZATAR; ASAD

63 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** ZATAR; ASAD
   10947 S NEENAH AVE
   WORTH, IL 60482

**CASE NAME: CREDIT LINE RECOVERY** INC v. ZATAR; ASAD

**CASE NUMBER:** 07M1 0167910

**FILING DATE:** 7/9/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 3,854.25

CREDIT LINE RECOVERY INC v. MARTINEZ; YVETTE

64 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** MARTINEZ; YVETTE
   5039 W ADDISON ST
   CHICAGO, IL 60641

**CASE NAME: CREDIT LINE RECOVERY** INC v. MARTINEZ; YVETTE

**CASE NUMBER:** 07M1 0167911

**FILING DATE:** 7/9/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 2,651.85