CREDIT LINE RECOVERY INC v. LANIER; ANNETTE

65 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** LANIER; ANNETTE
7657 S STEWART AVE
CHICAGO, IL 60620

**CASE NAME: CREDIT LINE RECOVERY** INC v. LANIER; ANNETTE

**CASE NUMBER:** 07M1 0167912

**FILING DATE:** 7/9/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 2,059.79

CREDIT LINE RECOVERY INC v. JOHNSON; LORINE

66 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** JOHNSON; LORINE
    35 N MENARD AVE APT 516
    CHICAGO, IL 60644

**CASE NAME: CREDIT LINE RECOVERY** INC v. JOHNSON; LORINE

**CASE NUMBER:** 07M1 0167913

**FILING DATE:** 7/9/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 8,470.80

CREDIT LINE RECOVERY INC v. SCHELLING; MARK

67 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** SCHELLING; MARK
        1023 N DEARBORN
        CHICAGO, IL 60610

**CASE NAME: CREDIT LINE RECOVERY** INC v. SCHELLING; MARK

**CASE NUMBER:** 07M1 0167914

**FILING DATE:** 7/9/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 5,998.53

CREDIT LINE RECOVERY INC v. KENDRICKS; FREDERICK

68 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** KENDRICKS; FREDERICK JR
    3825 S KING DR APT 328
    CHICAGO, IL 60653

**CASE NAME: CREDIT LINE RECOVERY** INC v. KENDRICKS; FREDERICK

**CASE NUMBER:** 07M1 0167915

**FILING DATE:** 7/9/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 2,636.57

CREDIT LINE RECOVERY INC v. THOMAS; PAMELA

69 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** THOMAS; PAMELA
    6541 S EVANS
    CHICAGO, IL 60637

**CASE NAME: CREDIT LINE RECOVERY** INC v. THOMAS; PAMELA

**CASE NUMBER:** 07M1 0167918

**FILING DATE:** 7/9/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 8,101.53

CREDIT LINE RECOVERY INC v. DESMANGLES; ANTHONY

70 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** DESMANGLES; ANTHONY
    1308 E 72ND ST
    CHICAGO, IL 60619

**CASE NAME: CREDIT LINE RECOVERY** INC v. DESMANGLES; ANTHONY

**CASE NUMBER:** 07M1 0167921

**FILING DATE:** 7/9/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 22,937.22

CREDIT LINE RECOVERY INC v. SUBIADUR; AUDREY

71 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** SUBIADUR; AUDREY
      1717 W 103RD ST APT 2
      CHICAGO, IL 60643

**CASE NAME: CREDIT LINE RECOVERY** INC v. SUBIADUR; AUDREY

**CASE NUMBER:** 07M1 0167925

**FILING DATE:** 7/9/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 5,645.68

CREDIT LINE RECOVERY INC v. BLASUCCI; LYDIA

72 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** BLASUCCI; LYDIA
        5411 W LAWRENCE AVE APT 2C
        CHICAGO, IL 60630

**CASE NAME: CREDIT LINE RECOVERY** INC v. BLASUCCI; LYDIA

**CASE NUMBER:** 07M1 0167926

**FILING DATE:** 7/9/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 3,257.25

CREDIT LINE RECOVERY INC v. GERAGE; KATHLEEN

73 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** GERAGE; KATHLEEN
6114 W GRACE ST
CHICAGO, IL 60634

**CASE NAME: CREDIT LINE RECOVERY** INC v. GERAGE; KATHLEEN

**CASE NUMBER:** 07M1 0167930

**FILING DATE:** 7/9/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 2,704.90

CREDIT LINE RECOVERY INC v. ANDRONACHE; ANDREA

74 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** ANDRONACHE; ANDREA
          5030 N MARINE DR APT 706
          CHICAGO, IL 60640

**CASE NAME: CREDIT LINE RECOVERY** INC v. ANDRONACHE; ANDREA

**CASE NUMBER:** 07M1 0167936

**FILING DATE:** 7/9/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 11,342.91

CREDIT LINE RECOVERY INC v. DICULESCU; MARIANA

75 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** DICULESCU; MARIANA
2206 W FOSTER AVE
CHICAGO, IL 60625

**CASE NAME: CREDIT LINE RECOVERY** INC v. DICULESCU; MARIANA

**CASE NUMBER:** 07M1 0167939

**FILING DATE:** 7/9/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 11,023.02

CREDIT LINE RECOVERY INC v. TODD; MAURICE

76 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** TODD; MAURICE
7228 S CAMPBELL
CHICAGO, IL 60629

**CASE NAME: CREDIT LINE RECOVERY** INC v. TODD; MAURICE

**CASE NUMBER:** 07M1 0167942

**FILING DATE:** 7/9/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 3,250.63

CREDIT LINE RECOVERY INC v. ZAHOS; MEGAN

77 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** ZAHOS; MEGAN
          3763 N SOUTH PORT APT 202
          CHICAGO, IL 60613

**CASE NAME: CREDIT LINE RECOVERY** INC v. ZAHOS; MEGAN

**CASE NUMBER:** 07M1 0167946

**FILING DATE:** 7/9/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 3,223.14

CREDIT LINE RECOVERY INC v. TURNER; JARON

78 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** TURNER; JARON
    1012 WILLOW RD
    MATTESON , IL 60443

**CASE NAME: CREDIT LINE RECOVERY** INC v. TURNER; JARON

**CASE NUMBER:** 07M1 0167949

**FILING DATE:** 7/9/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 3,888.74

CREDIT LINE RECOVERY INC v. LOPEZ; LUZ MARIA

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** LOPEZ; LUZ MARIA
2638 N MERRIMAC AVE
CHICAGO, IL 60639

**CASE NAME: CREDIT LINE RECOVERY** INC v. LOPEZ; LUZ MARIA

**CASE NUMBER:** 07M1 0167953

**FILING DATE:** 7/9/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 9,937.04

CREDIT LINE RECOVERY INC v. WATSON; AMBER

80 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** WATSON; AMBER
    11035 S ESMOND ST
    CHICAGO, IL 60643

**CASE NAME: CREDIT LINE RECOVERY** INC v. WATSON; AMBER

**CASE NUMBER:** 07M1 0167957

**FILING DATE:** 7/9/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 3,429.78

CREDIT LINE RECOVERY INC v. MANTILLA; JESSENIA

81 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** MANTILLA; JESSENIA
7701 S SPAULDING AVE
CHICAGO, IL 60652

**CASE NAME: CREDIT LINE RECOVERY** INC v. MANTILLA; JESSENIA

**CASE NUMBER:** 07M1 0167962

**FILING DATE:** 7/9/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 2,022.42

CREDIT LINE RECOVERY INC v. SPIES; ROBERT

82 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** SPIES; ROBERT
2307 CAMPBELL ST
ROLLING MEADOWS, IL 60008

**CASE NAME: CREDIT LINE RECOVERY** INC v. SPIES; ROBERT

**CASE NUMBER:** 07M1 0167966

**FILING DATE:** 7/9/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 2,063.69

CREDIT LINE RECOVERY INC v. KOFMAN; BORIS

83 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** KOFMAN; BORIS
1000 BAYSIDE DR APT 313
PALATINE, IL 60074

**CASE NAME: CREDIT LINE RECOVERY** INC v. KOFMAN; BORIS

**CASE NUMBER:** 07M1 0167967

**FILING DATE:** 7/9/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 14,395.23

CREDIT LINE RECOVERY INC v. CLEMMONS; TRISTINE E

84 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** CLEMMONS; TRISTINE E
7333 S ARTESAN AVE
CHICAGO, IL 60629

**CASE NAME: CREDIT LINE RECOVERY** INC v. CLEMMONS; TRISTINE E

**CASE NUMBER:** 07M1 0167968

**FILING DATE:** 7/9/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 2,181.14

CREDIT LINE RECOVERY INC v. ROSS; MARVIN

85 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** ROSS; MARVIN
     6810 S PAXTON AVE APT 1
     CHICAGO, IL 60649

**CASE NAME: CREDIT LINE RECOVERY** INC v. ROSS; MARVIN

**CASE NUMBER:** 07M1 0167969

**FILING DATE:** 7/9/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 2,969.47

CREDIT LINE RECOVERY INC v. CHAN; CHIFUNG

86 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** CHAN; CHIFUNG
    1812 S DEARBORN APT 17
    CHICAGO, IL 60616

**CASE NAME: CREDIT LINE RECOVERY** INC v. CHAN; CHIFUNG

**CASE NUMBER:** 07M1 0167970

**FILING DATE:** 7/9/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 7,789.13

CREDIT LINE RECOVERY INC v. BOND; OCTAVIOUS

87 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** BOND; OCTAVIOUS
742MANTECA CT
PARK FOREST, IL 60466

**CASE NAME: CREDIT LINE RECOVERY** INC v. BOND; OCTAVIOUS

**CASE NUMBER:** 07M1 0167972

**FILING DATE:** 7/9/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 2,915.94

CREDIT LINE RECOVERY INC v. AMUSA; ISSA

88 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** AMUSA; ISSA
PO BOX 100890
BROOKLYN , NY 11210

**CASE NAME: CREDIT LINE RECOVERY** INC v. AMUSA; ISSA

**CASE NUMBER:** 07M1 0167975

**FILING DATE:** 7/9/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 19,728.10

CREDIT LINE RECOVERY INC v. ELAM; DIONNE

89 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** ELAM; DIONNE
    529 N MAIN ST APT 303
    ROCKFORD, IL 61103

**CASE NAME: CREDIT LINE RECOVERY** INC v. ELAM; DIONNE

**CASE NUMBER:** 07M1 0167977

**FILING DATE:** 7/9/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 9,768.46

CREDIT LINE RECOVERY INC v. SIMALE; JEFFREY

90 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** SIMALE; JEFFREY
7338 W LUNT AVE
CHICAGO, IL 60631

**CASE NAME: CREDIT LINE RECOVERY** INC v. SIMALE; JEFFREY

**CASE NUMBER:** 07M1 0167979

**FILING DATE:** 7/9/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 6,499.28

CREDIT LINE RECOVERY INC v. HERRON; RANDY M

91 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** HERRON; RANDY M
        7047 S MERRIL APT 30
        CHICAGO, IL 60649

**CASE NAME: CREDIT LINE RECOVERY** INC v. HERRON; RANDY M

**CASE NUMBER:** 07M1 0172975

**FILING DATE:** 7/23/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 2,310.80

CREDIT LINE RECOVERY INC v. KATSOUDAS; GEORGIA

92 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** KATSOUDAS; GEORGIA
    551 CARLYSLE DR APT 7
    CLARENDON HILLS, IL 60514

**CASE NAME: CREDIT LINE RECOVERY** INC v. KATSOUDAS; GEORGIA

**CASE NUMBER:** 07M1 0172977

**FILING DATE:** 7/23/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 11,900.09

CREDIT LINE RECOVERY INC v. SINGHAL; VAIBHAV

93 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** SINGHAL; VAIBHAV
2951 S ML KING JR DR
CHICAGO, IL 60616

**CASE NAME: CREDIT LINE RECOVERY** INC v. SINGHAL; VAIBHAV

**CASE NUMBER:** 07M1 0172980

**FILING DATE:** 7/23/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 3,680.26

CREDIT LINE RECOVERY INC v. PUENTE; JULIA

94 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** PUENTE; JULIA
712 N ADA ST APT 2
CHICAGO, IL 60622

**CASE NAME: CREDIT LINE RECOVERY** INC v. PUENTE; JULIA

**CASE NUMBER:** 07M1 0172982

**FILING DATE:** 7/23/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 3,513.20

CREDIT LINE RECOVERY INC v. DELLITT; TIM

95 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** DELLITT; TIM
      2756 N PINE GR AV APT 405
      CHICAGO, IL 60614

**CASE NAME: CREDIT LINE RECOVERY** INC v. DELLITT; TIM

**CASE NUMBER:** 07M1 0172983

**FILING DATE:** 7/23/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 14,397.60

CREDIT LINE RECOVERY INC v. REED; HERBERT

96 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** REED; HERBERT
8854 S YATES
CHICAGO, IL 60617

**CASE NAME: CREDIT LINE RECOVERY** INC v. REED; HERBERT

**CASE NUMBER:** 07M1 0172985

**FILING DATE:** 7/23/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 10,380.86

CREDIT LINE RECOVERY INC v. MAROSI; MAUREEN

97 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** MAROSI; MAUREEN
　　　10115 W 151ST ST
　　　ORLAND PK, IL 60462

**CASE NAME: CREDIT LINE RECOVERY** INC v. MAROSI; MAUREEN

**CASE NUMBER:** 07M1 0172986

**FILING DATE:** 7/23/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 17,153.31

CREDIT LINE RECOVERY INC v. MINOR; GLADYS

98 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** MINOR; GLADYS
700 E 89TH PL
CHICAGO, IL 60619

**CASE NAME: CREDIT LINE RECOVERY** INC v. MINOR; GLADYS

**CASE NUMBER:** 07M1 0172987

**FILING DATE:** 7/23/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 12,822.35

CREDIT LINE RECOVERY INC v. DO; LEE

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** DO; LEE
    1133 W FARWELL AV APT 2
    CHICAGO, IL 60626

**CASE NAME: CREDIT LINE RECOVERY** INC v. DO; LEE

**CASE NUMBER:** 07M1 0172988

**FILING DATE:** 7/23/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 26,813.87

CREDIT LINE RECOVERY INC v. WILLIAMS; LESLIE J

100 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** WILLIAMS; LESLIE J
4418 BRETZ DR
RICHTON PK, IL 60471

**CASE NAME: CREDIT LINE RECOVERY** INC v. WILLIAMS; LESLIE J

**CASE NUMBER:** 07M1 0172989

**FILING DATE:** 7/23/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 20,398.52

CREDIT LINE RECOVERY INC v. EGUIZABAL; INAKI

101 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** EGUIZABAL; INAKI
          88 W SCHILLER ST APT 902
          CHICAGO, IL 60610

**CASE NAME: CREDIT LINE RECOVERY** INC v. EGUIZABAL; INAKI

**CASE NUMBER:** 07M1 0172990

**FILING DATE:** 7/23/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 9,236.48

CREDIT LINE RECOVERY INC v. JACKSON; FAYE

102 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** JACKSON; FAYE
     8950 S PLEASANT AV
     CHICAGO, IL 60620

**CASE NAME: CREDIT LINE RECOVERY** INC v. JACKSON; FAYE

**CASE NUMBER:** 07M1 0172991

**FILING DATE:** 7/23/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 6,883.46

CREDIT LINE RECOVERY INC v. SESSON; MAGNOLIA

103 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** SESSON; MAGNOLIA
47 INDIANWOOD BLVD
PARK FOREST, IL 60466

**CASE NAME: CREDIT LINE RECOVERY** INC v. SESSON; MAGNOLIA

**CASE NUMBER:** 07M1 0172992

**FILING DATE:** 7/23/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 13,520.00

CREDIT LINE RECOVERY INC v. MAHAFFEY; BILLIE

104 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** MAHAFFEY; BILLIE
  8429 S MARQUETTE AV FL 1
  PARK FOREST, IL 60617

**CASE NAME: CREDIT LINE RECOVERY** INC v. MAHAFFEY; BILLIE

**CASE NUMBER:** 07M1 0172993

**FILING DATE:** 7/23/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 11,456.27

CREDIT LINE RECOVERY INC v. VIERA; AURELIO

105 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** VIERA; AURELIO JR
2165 N PARKSIDE AV
CHICAGO, IL 60639

**CASE NAME: CREDIT LINE RECOVERY** INC v. VIERA; AURELIO

**CASE NUMBER:** 07M1 0172994

**FILING DATE:** 7/23/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 14,180.06

CREDIT LINE RECOVERY INC v. DELOPEZ; DANIEL

106 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** DELOPEZ; DANIEL
    7508 W ISHAM AV
    CHICAGO, IL 60631

**CASE NAME: CREDIT LINE RECOVERY** INC v. DELOPEZ; DANIEL

**CASE NUMBER:** 07M1 0172995

**FILING DATE:** 7/23/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 14,001.18

CREDIT LINE RECOVERY INC v. MARTINEZ; FRANCISCO

107 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** MARTINEZ; FRANCISCO
      9015 WINDEMERE AVE
      BROOKFIELD, IL 60513

**CASE NAME: CREDIT LINE RECOVERY** INC v. MARTINEZ; FRANCISCO

**CASE NUMBER:** 07M1 0177645

**FILING DATE:** 8/3/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 3,364.18

CREDIT LINE RECOVERY INC v. CORRIGAN; DANIEL J

108 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** CORRIGAN; DANIEL J
   9739 S KEDZIE AVE APT A32
   EVERGREEN PARK, IL 60805

**CASE NAME: CREDIT LINE RECOVERY** INC v. CORRIGAN; DANIEL J

**CASE NUMBER:** 07M1 0197753

**FILING DATE: 10**/1/2007

**TYPE:** CIVIL SUIT

**AMOUNT: $** 5,710.73

CREDIT LINE RECOVERY INC v. SMITH; MARIE

109 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** SMITH; MARIE
 1035 N MENARD AVE 2ND FL
 CHICAGO, IL 60651

**CASE NAME: CREDIT LINE RECOVERY** INC v. SMITH; MARIE

**CASE NUMBER:** 07M1 0197755

**FILING DATE: 10**/1/2007

**TYPE:** CIVIL SUIT

**AMOUNT: $** 1,677.89

CREDIT LINE RECOVERY INC v. BISHOPP; JAMES A

110 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** BISHOPP; JAMES A
        3054 N MENARD AVE
        CHICAGO, IL 60634

**CASE NAME: CREDIT LINE RECOVERY** INC v. BISHOPP; JAMES A

**CASE NUMBER:** 07M1 0197756

**FILING DATE: 10/**1/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 24,951.41

CREDIT LINE RECOVERY INC v. CLEMMONS; TRISTIN E

111 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** CLEMMONS; TRISTIN E
    8955 S ADA ST APT 1
    CHICAGO, IL 60620

**CASE NAME: CREDIT LINE RECOVERY** INC v. CLEMMONS; TRISTIN E

**CASE NUMBER:** 07M1 0197758

**FILING DATE: 10**/1/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 2,145.11

CREDIT LINE RECOVERY INC v. KAPPES; BONNIE J

112 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** KAPPES; BONNIE J
    9649 S KEDZIE AVE APT 4A
    EVERGREEN PARK, IL 60805

**CASE NAME: CREDIT LINE RECOVERY** INC v. KAPPES; BONNIE J

**CASE NUMBER:** 07M1 0197759

**FILING DATE: 10**/1/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 4,305.35

CREDIT LINE RECOVERY INC v. ABUAUBA; MOHAMMADALI

113 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** ABUAUBA; MOHAMMADALI
    3612 W 55TH ST APT 3E
    CHICAGO, IL 60632

**CASE NAME: CREDIT LINE RECOVERY** INC v. ABUAUBA; MOHAMMADALI

**CASE NUMBER:** 07M1 0197761

**FILING DATE: 10**/1/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 25,732.65

CREDIT LINE RECOVERY INC v. RIBBECK; MONICA

114 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** RIBBECK; MONICA
       1330 N LASALLE DR APT 306
       CHICAGO, IL 60610

**CASE NAME: CREDIT LINE RECOVERY** INC v. RIBBECK; MONICA

**CASE NUMBER:** 07M1 0197762

**FILING DATE: 10**/1/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 5,884.34

CREDIT LINE RECOVERY INC v. YEARSON; DAVID

115 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** YEARSON; DAVID
        2993 S ARCHER AVE APT 2
        CHICAGO, IL 60608

**CASE NAME: CREDIT LINE RECOVERY** INC v. YEARSON; DAVID

**CASE NUMBER:** 07M1 0197763

**FILING DATE: 10**/1/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 16,449.18

CREDIT LINE RECOVERY INC v. LYNCH; DAVID P

116 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** LYNCH; DAVID P
    11126 S TALMAN AVE
    CHICAGO, IL 60655

**CASE NAME: CREDIT LINE RECOVERY** INC v. LYNCH; DAVID P

**CASE NUMBER:** 07M1 0197764

**FILING DATE: 10**/1/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 18,498.83

CREDIT LINE RECOVERY INC v. WILLIAMS; SYREETA

117 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** WILLIAMS; SYREETA
2215 N MANNHEIM RD APT 104M
MELROSE PARK, IL 60164

**CASE NAME: CREDIT LINE RECOVERY** INC v. WILLIAMS; SYREETA

**CASE NUMBER:** 07M1 0197765

**FILING DATE: 10**/1/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 3,611.77

CREDIT LINE RECOVERY INC v. YOUNG; HUGHIE

118 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** YOUNG; HUGHIE
    1520 W 99TH ST APT 2N
    CHICAGO, IL 60643

**CASE NAME: CREDIT LINE RECOVERY** INC v. YOUNG; HUGHIE

**CASE NUMBER:** 07M1 0197766

**FILING DATE: 10**/1/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 6,398.41

119 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** KUKHAR; RUSLAN
    2928 LINCOLN ST
    FRANKLIN PARK, IL 60131

**CASE NAME: CREDIT LINE RECOVERY** INC v. KUKHAR; RUSLAN

**CASE NUMBER:** 07M1 0197767

**FILING DATE: 10**/1/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 3,714.26

CREDIT LINE RECOVERY INC v. MCKENNA; ROBERT E

120 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** MCKENNA; ROBERT E JR
      1659 182ND ST
      LANSING, IL 60438

**CASE NAME: CREDIT LINE RECOVERY** INC v. MCKENNA; ROBERT E

**CASE NUMBER:** 07M1 0197768

**FILING DATE: 10**/1/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 8,028.64

CREDIT LINE RECOVERY INC v. PERVAIZ; ADEEL

121 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** PERVAIZ; ADEEL
     5935 N ROCKWELL ST APT 2
     CHICAGO, IL 60659

**CASE NAME: CREDIT LINE RECOVERY** INC v. PERVAIZ; ADEEL

**CASE NUMBER:** 07M1 0197769

**FILING DATE: 10**/1/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 4,742.61

CREDIT LINE RECOVERY INC v. SINGH; BALWINDER

122 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** SINGH; BALWINDER
    2660 N HALSTED ST APT 1
    CHICAGO, IL 60614

**CASE NAME: CREDIT LINE RECOVERY** INC v. SINGH; BALWINDER

**CASE NUMBER:** 07M1 0197770

**FILING DATE: 10**/1/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 1,546.82

CREDIT LINE RECOVERY INC v. LIPSCH; KEMMETT L

123 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** LIPSCH; KEMMETT L
    453 MEADOWLARK DR
    BOLINGBROOK, IL 60440

**CASE NAME: CREDIT LINE RECOVERY** INC v. LIPSCH; KEMMETT L

**CASE NUMBER:** 07M1 0156256

**FILING DATE:** 6/6/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 7,945.74

CREDIT LINE RECOVERY INC v. ANDJELOVIC; GORDANA


124 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**PLAINTIFF: CREDIT LINE RECOVERY** INC

**DEFENDANT:** ANDJELOVIC; GORDANA
    6814 JOLIET RD APT 7
    INDIANHEAD PARK, IL 60525

**CASE NAME: CREDIT LINE RECOVERY** INC v. ANDJELOVIC; GORDANA

**CASE NUMBER:** 07M1 0200322

**FILING DATE: 10**/9/2007

**TYPE:** CIVIL SUIT

**AMOUNT:** $ 20,959.77

DAVIS; MARCHERIE

125 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** DAVIS; MARCHERIE
    2625 W 55TH ST APT 2
    CHICAGO, IL 60632

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** DAVIS; MARCHERIE

**CASE NUMBER:** 07M1 0124554

**FILING DATE:** 6/27/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 2,728.10

**ATTORNEY:** MICHAEL D WEIS

DAVIS; PAMELA

126 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** DAVIS; PAMELA
      745 S KILBOURN AVE APT 2
      CHICAGO, IL 60624

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** DAVIS; PAMELA

**CASE NUMBER:** 07M1 0170169

**FILING DATE:** 9/5/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 12,778.34

**ATTORNEY:** MICHAEL D WEIS

DELVALLE; DAISY

127 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** DELVALLE; DAISY
    2618 W EVERGREEN AVE 3RD FL
    CHICAGO, IL 60622

**CREDITOR: CREDIT LINE RECOVERY**

**CASE NAME:** DELVALLE; DAISY

**CASE NUMBER:** 06M1 0176007

**FILING DATE:** 11/15/2006

**TYPE:** JUDGMENT

**AMOUNT:** $ 1,355.34

**ATTORNEY:** MICHAEL D WEIS

DENG; CHUNMEI

128 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** DENG; CHUNMEI
   2907 S WALLACE APT 2
   CHICAGO, IL 60616

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** DENG; CHUNMEI

**CASE NUMBER:** 06M1 0145422

**FILING DATE:** 3/28/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 7,501.56

**ATTORNEY:** MICHAEL D WEIS

COOK COUNTY, IL 3900 W 63RD ST, UNIT 2, CHICAGO, IL

129 of 198 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** DEUTSCHE BANK NATIONAL TRUST CO; LONG BEACH MORTGAGE LOAN TRUST 2005-WL1 (Beneficiary), Trust

**Buyer Mailing Address:** C/O WASHINGTON MUTUAL BANK FA, 7255 BAYMEADOWS WAY, JACKSONVILLE, FL 32256

**Seller:** REYES, MANUEL (Trustor); WASHINGTON MUTUAL BANK (Company/Corporation); **CREDIT LINE RECOVERY** INC (Company/Corporation); SPRINGFIELD CONDOMINIUMS ASSN (Company/Corporation); LONG, RON (Trustor); AMERICAN GENERAL FINCL SVCS OF IL INC (Company/Corporation); CASE #07-CH-1543

**Property Address:** 3900 W 63RD ST, UNIT 2, CHICAGO, IL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date:** 9/19/2007

**Recorded Date:** 9/25/2007

**Document Number:** 0726860034

**Deed Type:** LEGAL ACTION/COURT ORDER

**Assessor's Parcel Number:** 19-14-328-046-1002

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 45-47; BLOCK: 7; UNIT: 2; SUBDIVISION: JOHN F EBERHARTS SUBDIVISION; SEC/TWN/RNG/MERIDIAN: SW4 S14T38NR13E 3P

Brief Description: SPRINGFIELD COURT CONDO E6 FT LOT45

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** ATTORNEYS TITLE GUARANTY FUN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** CONDOMINIUM