DYGAS; MARIAN

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** DYGAS; MARIAN
456 W TOUHY AVE APT 514
DES PLAINES, IL 60018

**CREDITOR: CREDIT LINE RECOVERY**

**CASE NAME:** DYGAS; MARIAN

**CASE NUMBER:** 07M1 0124558

**FILING DATE:** 5/9/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 18,100.00

**ATTORNEY:** MICHAEL D WEIS

131 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** DYGDON; STANLEY
5310 W GRAND AVE APT 2
CHICAGO, IL 60639

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** DYGDON; STANLEY

**CASE NUMBER:** 07M1 0124542

**FILING DATE:** 8/22/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 3,551.27

**ATTORNEY:** MICHAEL D WEIS

132 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** ELAM; DIONNE
2154 W CERMAK RD APT 406
CHICAGO, IL 60608

**CREDITOR: CREDIT LINE RECOVERY**

**CASE NAME:** ELAM; DIONNE

**CASE NUMBER:** 07M1 0167977

**FILING DATE: 10/17/2007**

**TYPE:** JUDGMENT

**AMOUNT:** $ 9,768.46

**ATTORNEY:** MICHAEL D WEIS

133 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** ELMATARI; RATIBE H
    4310 W 83RD ST
    CHICAGO, IL 60652

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** ELMATARI; RATIBE H

**CASE NUMBER:** 07M1 0114154

**FILING DATE:** 4/4/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 4,453.57

**ATTORNEY:** MICHAEL D WEIS

ESPRONCEDA; KENNETH

134 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** ESPRONCEDA; KENNETH
    800 E 100TH ST
    CHICAGO, IL 60628

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** ESPRONCEDA; KENNETH

**CASE NUMBER:** 07M1 0114164

**FILING DATE:** 5/16/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 10,541.78

**ATTORNEY:** MICHAEL D WEIS

EVANS; THOMAS

135 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** EVANS; THOMAS
    9104 KENNEDY CT APT 102
    ORLAND PARK, IL 60462

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** EVANS; THOMAS

**CASE NUMBER:** 07M1 0124556

**FILING DATE:** 6/27/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 17,747.85

**ATTORNEY:** MICHAEL D WEIS

FISCHAL; THOMAS

136 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** FISCHAL; THOMAS
    1415 LEONARD PL
    EVANSTON, IL 60201

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** FISCHAL; THOMAS

**CASE NUMBER:** 07M1 0132507

**FILING DATE:** 5/30/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 16,773.10

**ATTORNEY:** MICHAEL D WEIS

137 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** FULLER; MELVIN
4836 W WABANSIA AVE 1ST PL
CHICAGO, IL 60639

**CREDITOR: CREDIT LINE RECOVERY**

**CASE NAME:** FULLER; MELVIN

**CASE NUMBER:** 07M1 0119219

**FILING DATE:** 5/17/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 2,492.88

**ATTORNEY:** BAKER MILLER MARKOFF & KRASNY

138 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** GERAGE; KATHLEEN
    6114 W GRACE ST
    CHICAGO, IL 60634

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** GERAGE; KATHLEEN

**CASE NUMBER:** 07M1 0167930

**FILING DATE: 10**/24/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 2,704.90

**ATTORNEY:** MICHAEL D WEIS

COOK COUNTY, IL

139 of 198 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** GIPSON, TRACY; GIPSON, EVELYN (Husband and Wife), Tenants By Entireties

**Buyer Mailing Address:** 7657 S RIDGELAND, CHICAGO, IL 60649

**Seller: CREDIT LINE RECOVERY** INC (Company/Corporation)

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Sale Date: 5/3/2007**

**Recorded Date: 5/22/2007**

**Document Number:** 0714233085

**Deed Type:** QUIT CLAIM DEED

**Legal Description:** MULTIPE LOTS, INCLUDING A PORTION OF ONE OR MORE LOTS; LOT: 26-29; BLOCK: 12; SUBDIVISION: STINSONS SUBDIVISION OF EAST GRAND CROSSING; SEC/TWN/RNG/MERIDIAN: SW4 S25T38NR14E 3P

Brief Description: SOUTH6 FT LOT29

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* MORTGAGE INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Title Company:** NETCO

GLEASON; DEXTER

140 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** GLEASON; DEXTER
    5234 ROBERTA LN
    RICHTON PARK, IL 60471

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** GLEASON; DEXTER

**CASE NUMBER:** 07M1 0124545

**FILING DATE: 5/9/2007**

**TYPE:** JUDGMENT

**AMOUNT:** $ 1,542.58

**ATTORNEY:** MICHAEL D WEIS

HARRIS; SHARON

141 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** HARRIS; SHARON
    10748 S WABASH AVE 2ND FL
    CHICAGO, IL 60628

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** HARRIS; SHARON

**CASE NUMBER:** 07M1 0167739

**FILING DATE: 8**/29/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 5,022.64

**ATTORNEY:** MICHAEL D WEIS

HUMES; SCOTT

142 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** HUMES; SCOTT
      1412 EMERALD AVE APT 1
      CHICAGO HEIGHTS, IL 60411-3518

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** HUMES; SCOTT

**CASE NUMBER:** 06M1 0170544

**FILING DATE:** 1/3/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 16,270.37

**ATTORNEY:** MICHAEL D WEISS

143 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** IGIEWE; ISOKEN
    9062 S UNION AV
    CHICAGO, IL 60620

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** IGIEWE; ISOKEN

**CASE NUMBER:** 07M1 0114163

**FILING DATE:** 5/9/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 2,466.66

**ATTORNEY:** MICHAEL D WEIS

JETER; LORETTA

144 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** JETER; LORETTA
    552 W 129TH PL
    CHICAGO, IL 60628

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** JETER; LORETTA

**CASE NUMBER:** 07M1 0114160

**FILING DATE:** 4/4/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 8,241.49

**ATTORNEY:** MICHAEL D WEIS

JOHNSON; EDDIE

145 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** JOHNSON; EDDIE
    10639 S PARNELL AVE
    CHICAGO, IL 60628

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** JOHNSON; EDDIE

**CASE NUMBER:** 07M1 0132486

**FILING DATE:** 5/30/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 11,891.68

**ATTORNEY:** MICHAEL D WEIS

KATSOUDAS; GEORGIA

146 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** KATSOUDAS; GEORGIA
    551 CARLYSLE DR APT 7
    CLARENDON HILLS, IL 60514

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** KATSOUDAS; GEORGIA

**CASE NUMBER:** 07M1 0172977

**FILING DATE:** 9/12/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 11,900.09

**ATTORNEY:** MICHAEL D WEIS

KELLY; ANGELA

147 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** KELLY; ANGELA
    5010 N MASON AVE
    CHICAGO, IL 60630

**CREDITOR: CREDIT LINE RECOVERY**

**CASE NAME: KELLY; ANGELA**

**CASE NUMBER:** 07M1 0124552

**FILING DATE: 6/**27/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 2,605.05

**ATTORNEY:** MICHAEL D WEIS

KENDRICKS; FREDERICK

148 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** KENDRICKS; FREDERICK
  3825 S KING DR APT 328
  CHICAGO, IL 60653

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** KENDRICKS; FREDERICK

**CASE NUMBER:** 07M1 0167915

**FILING DATE: 8**/29/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 2,636.57

**ATTORNEY:** MICHAEL D WEIS

KIM; BANG W

149 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** KIM; BANG W
     700 N SALEM DR APT 202
     HOFFMAN ESTATES, IL 60169

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** KIM; BANG W

**CASE NUMBER:** 07M1 0170166

**FILING DATE:** 9/5/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 1,608.54

**ATTORNEY:** MICHAEL D WEIS

KIM; OKRYE

150 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** KIM; OKRYE
    10109 CHERRY PKWY #110
    SKOKIE, IL 60076-1032

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** KIM; OKRYE

**CASE NUMBER:** 06M1 0107791

**FILING DATE: 12/6/2006**

**TYPE:** JUDGMENT

**AMOUNT:** $ 5,712.09

**ATTORNEY:** MICHAEL D WEIS

KOFMAN; BORIS

151 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** KOFMAN; BORIS
    1000 BAYSIDE DR APT 3
    PALATINE, IL 60074

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** KOFMAN; BORIS

**CASE NUMBER:** 07M1 0167967

**FILING DATE:** 8/29/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 14,395.23

**ATTORNEY:** MICHAEL D WEIS

KOROSI; JOSEPH

152 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** KOROSI; JOSEPH
        3550 N LAKE SHORE DR APT 720
        CHICAGO, IL 60657

**CREDITOR: CREDIT LINE RECOVERY** ASSOC

**CASE NAME:** KOROSI; JOSEPH

**CASE NUMBER:** 07M1 0167750

**FILING DATE:** 9/19/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 22,606.07

**ATTORNEY:** MICHAEL D WEIS

153 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** LEE; RACHEL
225 W 110TH ST
CHICAGO, IL 60628

**CREDITOR: CREDIT LINE RECOVERY**

**CASE NAME:** LEE; RACHEL

**CASE NUMBER:** 07M1 0114158

**FILING DATE:** 5/16/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 2,225.72

**ATTORNEY:** MICHAEL D WEIS

LEMA; LUIS

154 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** LEMA; LUIS
    6011 N WINTHROP AVE #312
    CHICAGO, IL 60660

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** LEMA; LUIS

**CASE NUMBER:** 07M1 0170172

**FILING DATE:** 9/5/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 2,430.42

**ATTORNEY:** MICHAEL D WEIS

LOW; LESLIE C

155 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** LOW; LESLIE C
    345 CALUMET BLVD
    HARVEY, IL 60426

**CREDITOR: CREDIT LINE RECOVERY**

**CASE NAME:** LOW; LESLIE C

**CASE NUMBER:** 07M1 0132500

**FILING DATE:** 7/25/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 9,997.16

**ATTORNEY:** MICHAEL D WEIS

MAHAFFEY; BILLIE

156 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** MAHAFFEY; BILLIE
    8429 S MARQUETTE AVE FL 1
    CHICAGO, IL 60617

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** MAHAFFEY; BILLIE

**CASE NUMBER:** 07M1 0172993

**FILING DATE:** 9/12/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 11,456.27

**ATTORNEY:** MICHAEL D WEIS

157 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** MALINA; PETR
    2636 N 73RD AVE
    ELMWOOD PARK, IL 60707

**CREDITOR: CREDIT LINE RECOVERY**

**CASE NAME:** MALINA; PETR

**CASE NUMBER:** 07M1 0132513

**FILING DATE: 10**/17/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 10,648.97

**ATTORNEY:** MICHAEL D WEIS

MANTILLA; JESENIA

158 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

*** **THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY** ***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** MANTILLA; JESENIA
    6034 S TROY ST
    CHICAGO, IL 60629

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** MANTILLA; JESENIA

**CASE NUMBER:** 07M1 0167962

**FILING DATE: 10**/17/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 2,022.42

**ATTORNEY:** MICHAEL D WEIS

MAROSI; MAUREEN

159 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** MAROSI; MAUREEN
     10115 W 151ST ST
     ORLANK PARK, IL 60462

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** MAROSI; MAUREEN

**CASE NUMBER:** 07M1 0172986

**FILING DATE: 9**/12/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 17,153.31

**ATTORNEY:** MICHAELL D WEIS

MAROTO; ISABETH

160 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** MAROTO; ISABETH
     5426 S DAMEN AV
     CHICAGO, IL 60609

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** MAROTO; ISABETH

**CASE NUMBER:** 07M1 0124553

**FILING DATE:** 6/27/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 2,111.14

**ATTORNEY:** MICHAEL D WEIS

MARTINEZ; YVETTE

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** MARTINEZ; YVETTE
    5039 W ADDISON ST
    CHICAGO, IL 60641

**CREDITOR: CREDIT LINE RECOVERY**

**CASE NAME:** MARTINEZ; YVETTE

**CASE NUMBER:** 07M1 0167911

**FILING DATE: 8/29/2007**

**TYPE:** JUDGMENT

**AMOUNT:** $ 2,094.00

**ATTORNEY:** MICHAEL D WEIS

MCCANN; SEAN

162 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** MCCANN; SEAN
        436 W BELMONT AVE APT 401
        CHICAGO, IL 60657

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** MCCANN; SEAN

**CASE NUMBER:** 07M1 0124551

**FILING DATE:** 8/22/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 10,282.36

**ATTORNEY:** MICHAEL D WEIS

MCCANN; SEAN

163 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** MCCANN; SEAN
    436 W BELMONT AVE APT 401
    CHICAGO, IL 60657

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** MCCANN; SEAN

**CASE NUMBER:** 07M1 0124551

**FILING DATE: 10**/4/2007

**TYPE:** VACATED JUDGMENT

**ORIGINAL JUDGMENT DATE: 8**/22/2007

**AMOUNT:** $ 10,282.36

**ATTORNEY:** MICHAEL D WEIS

MCNEAL; SHIRLEY

164 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** MCNEAL; SHIRLEY
    14343 DANTE AVE
    DOLTON, IL 60419

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** MCNEAL; SHIRLEY

**CASE NUMBER:** 07M1 0170168

**FILING DATE: 9**/5/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 12,505.66

**ATTORNEY:** MICHAEL D WEIS

NICKSON; JENNIFER

165 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** NICKSON; JENNIFER
      1413 LAKE AVE
      WILMETTE, IL 60091

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** NICKSON; JENNIFER

**CASE NUMBER:** 07M1 0167749

**FILING DATE: 10**/17/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 29,884.48

**ATTORNEY:** MICHAEL D WEIS

ODWYER; MICHAEL

166 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** ODWYER; MICHAEL
2654 W MEDILL AV APT 2
CHICAGO, IL 60647-3076

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** ODWYER; MICHAEL

**CASE NUMBER:** 06M1 0170554

**FILING DATE:** 1/3/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 9,058.56

**ATTORNEY:** MICHAEL D WEIS

OYENEYE; ABIMBOLA

167 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** OYENEYE; ABIMBOLA
    315 N 4TH AVE APT A
    DES PLAINES, IL 60016

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** OYENEYE; ABIMBOLA

**CASE NUMBER:** 06M1 0155282

**FILING DATE:** 7/5/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 3,836.20

**ATTORNEY:** MICHAEL D WEIS

PEASON; WALTER C

168 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** PEASON; WALTER C
    1706 E END AVE APT 305
    CHICAGO HEIGHTS, IL 60411

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** PEASON; WALTER C

**CASE NUMBER:** 07M1 0170164

**FILING DATE:** 9/5/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 2,730.88

**ATTORNEY:** MICHAEL D WEIS

PEREZ; LUIS A

169 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** PEREZ; LUIS A
    3315 W KIRCHOFF RD APT 2C
    ROLLING MEADOWS, IL 60008

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** PEREZ; LUIS A

**CASE NUMBER:** 07M1 0167746

**FILING DATE: 10**/24/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 3,683.39

**ATTORNEY:** MICHAEL D WEIS

PETROV; BLAGOY

170 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** PETROV; BLAGOY
    8161 NILES CTR APT 1D
    SKOKIE, IL 60077

**CREDITOR: CREDIT LINE RECOVERY**

**CASE NAME:** PETROV; BLAGOY

**CASE NUMBER:** 06M1 0155288

**FILING DATE:** 3/14/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 8,063.94

**ATTORNEY:** MICHAEL D WEIS

REED; HERBERT

171 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** REED; HERBERT
    8854 S YATES
    CHICAGO, IL 60617

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** REED; HERBERT

**CASE NUMBER:** 07M1 0172985

**FILING DATE: 9/**12/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 10,380.86

**ATTORNEY:** MICHAEL D WEIS

RODGRIGUEZ; ANGEL

172 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** RODGRIGUEZ; ANGEL SR
  5313 S 72ND CT APT 2
  SUMMIT, IL 60501

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** RODGRIGUEZ; ANGEL

**CASE NUMBER:** 07M1 0167731

**FILING DATE:** 8/29/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 3,984.73

**ATTORNEY:** MICHAEL D WEIS

ROLON; SYLVIA, et al.

173 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** ROLON; SYLVIA
4030 W ADDISON ST
CHICAGO, IL 60641
SSN:322-74-XXXX

Also Known As MENDEZ; SYLVIA
4030 W ADDISON ST
CHICAGO, IL 60641
SSN:322-74-XXXX

**CREDITOR: CREDIT LINE RECOVERY**

**CASE NAME:** ROLON; SYLVIA, et al.

**CASE NUMBER:** 06M1 0163845

**FILING DATE: 11/15/2006**

**TYPE:** JUDGMENT

**AMOUNT:** $ 4,843.73

**ATTORNEY:** MICHAEL D WEIS

RUIZ; RAMIRO

174 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** RUIZ; RAMIRO
4039 W BARRY AVE APT 1
CHICAGO, IL 60641

**CREDITOR: CREDIT LINE RECOVERY**

**CASE NAME:** RUIZ; RAMIRO

**CASE NUMBER:** 07M1 0170174

**FILING DATE:** 9/5/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 10,877.46

**ATTORNEY:** MICHAEL D WEIS

SAPALSKI; PATRYK M

175 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** SAPALSKI; PATRYK M
    6335 W SCHOOL ST
    CHICAGO, IL 60634

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** SAPALSKI; PATRYK M

**CASE NUMBER:** 07M1 0126509

**FILING DATE: 8**/22/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 6,058.09

**ATTORNEY:** MICHAEL D WEIS

SESSON; MAGNOLIA

176 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** SESSON; MAGNOLIA
   47 INDIANWOOD BLVD
   PARK FOREST, IL 60466

**CREDITOR: CREDIT LINE RECOVERY**

**CASE NAME:** SESSON; MAGNOLIA

**CASE NUMBER:** 07M1 0172992

**FILING DATE:** 10/3/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 13,500.00

**ATTORNEY:** MICHAEL D WEIS

177 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** SILVERSTRI; MARCELA
717 KILARNEY CT APT 2C
SCHAUMBURG, IL 60193-3251

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** SILVERSTRI; MARCELA

**CASE NUMBER:** 06M1 0170551

**FILING DATE:** 1/10/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 4,402.00

**ATTORNEY:** MICHAEL D WEIS

TAHENY; JOHN


178 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** TAHENY; JOHN
      107 E HENRY ST
      ARLINGTON HEIGHTS, IL 60004

**CREDITOR: CREDIT LINE RECOVERY**

**CASE NAME:** TAHENY; JOHN

**CASE NUMBER:** 07M1 0167756

**FILING DATE: 8**/29/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 6,092.47

**ATTORNEY:** MICHAEL D WEIS

TAYLOR; SHARON

179 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** TAYLOR; SHARON
6742 S LOOMIS BLVD APT 2
CHICAGO, IL 60636

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** TAYLOR; SHARON

**CASE NUMBER:** 07M1 0132510

**FILING DATE: 5**/30/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 9,543.71

**ATTORNEY:** MICHAEL D WEIS

TAYLOR; TURENIA

180 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** TAYLOR; TURENIA
    10078 HOLLY LN APT 1N
    DES PLAINES, IL 60016

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** TAYLOR; TURENIA

**CASE NUMBER:** 07M1 0124543

**FILING DATE:** 5/9/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 5,820.84

**ATTORNEY:** MICHAEL D WEIS

THOMAS; PAMELA

181 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** THOMAS; PAMELA
    6541 S EVANS AVE APT 1
    CHICAGO, IL 60637

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** THOMAS; PAMELA

**CASE NUMBER:** 07M1 0167918

**FILING DATE: 8**/29/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 8,101.53

**ATTORNEY:** MICHAEL D WEIS

THORNE; SHARON

182 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** THORNE; SHARON
　　1432 W ARGYLE ST APT 3
　　CHICAGO, IL 60640

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** THORNE; SHARON

**CASE NUMBER:** 07M1 0124540

**FILING DATE:** 6/27/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 13,517.07

**ATTORNEY:** MICHAEL D WEIS

TOBOLASKI; ELSIE

183 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** TOBOLASKI; ELSIE
    4408 FISHERMANS TERRACE
    LYONS, IL 60534

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** TOBOLASKI; ELSIE

**CASE NUMBER:** 07M1 0114159

**FILING DATE: 4**/4/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 17,295.81

**ATTORNEY:** MICHAEL D WEIS

TODD; MAURICE

184 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** TODD; MAURICE
    7228 S CAMPBELL AVE FL 2
    CHICAGO, IL 60629

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** TODD; MAURICE

**CASE NUMBER:** 07M1 0167942

**FILING DATE:** 8/29/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 3,250.63

**ATTORNEY:** MICHAEL D WEIS

TUCKER; ROBERTA

185 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** TUCKER; ROBERTA
2626 N ST LOUIS AVE APT 2
CHICAGO, IL 60647

**CREDITOR: CREDIT LINE RECOVERY**

**CASE NAME:** TUCKER; ROBERTA

**CASE NUMBER:** 06M1 0176008

**FILING DATE:** 1/3/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 4,415.97

**ATTORNEY:** MICHAEL D WEIS

186 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** TURRISE; GENO A
    607 VIRGINIA AV
    LYNWOOD, IL 60411

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** TURRISE; GENO A

**CASE NUMBER:** 07M1 0167753

**FILING DATE:** 8/29/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 2,248.78

**ATTORNEY:** MICHAEL D WEIS

VARGAS; ELOISA

187 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** VARGAS; ELOISA
  3144 N SAINT LOUIS AVE
  CHICAGO, IL 60618-6726
  SSN:357-68-XXXX

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** VARGAS; ELOISA

**CASE NUMBER:** 06M1 0153168

**FILING DATE:** 1/10/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 4,334.55

**ATTORNEY:** MICHAEL D WEIS

COOK COUNTY, IL 1852 W 21ST ST, CHICAGO, IL 60608

188 of 198 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** VARON, JOE (Individual(s))

**Seller:** GALINDO, CARMEN (Trustor); **CREDIT LINE RECOVERY** (Beneficiary); CASE #06M1100404

**Property Address:** 1852 W 21ST ST, CHICAGO, IL 60608

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Recorded Date: 12/26/2006**

**Sale Price:** $ 19,903 (Full Amount)

**Document Number:** 0636031043

**Deed Type:** TRUSTEE'S DEED - (CERTIFICATE OF TITLE)

**Assessor's Parcel Number:** 17-19-423-027

**Legal Description:** LOT: 27; SUBDIVISION: GREGORYS SUBDIVISION OF BLOCK 62; SEC/TWN/RNG/MERIDIAN: S19T39NR14E 3P; RECORDER'S MAP REFERENCE: MB6 PG1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

VIERA; AURELIO

189 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** VIERA; AURELIO JR
    2165 N PARKSIDE AVE
    CHICAGO, IL 60639

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** VIERA; AURELIO

**CASE NUMBER:** 07M1 0172994

**FILING DATE:** 9/12/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 14,180.06

**ATTORNEY:** MICHAEL D WEIS

COOK COUNTY, IL 8201 KEATING AVE, UNIT 2, SKOKIE, IL 60076

190 of 198 DOCUMENTS

**\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\***

**PROPERTY TRANSFER RECORD FOR** COOK COUNTY, IL

**Buyer:** VORAN, JOE (Individual(s))

**Seller:** KNOSHABA, JANET (Trustor); **CREDIT LINE RECOVERY** (Beneficiary); **CASE #06M1100402**

**Property Address:** 8201 KEATING AVE, UNIT 2, SKOKIE, IL 60076

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sale Date: 12/20/2006**

**Recorded Date: 12/26/2006**

**Sale Price: $ 37,398 (Full Amount)**

**Document Number:** 0636018062

**Deed Type:** TRUSTEE'S DEED - (CERTIFICATE OF TITLE)

**Assessor's Parcel Number:** 10-22-311-018

**Legal Description:** UNIT: 3; SUBDIVISION: FORTY-EIGHT IN VALOS MAIN STREET ADDITION TO BLK 4; SEC/TWN/RNG/MERIDIAN: W2SW4 S22T41NR13E 3P

Brief Description: 8201 NORTH KEATING CONDO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **MORTGAGE INFORMATION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Title Company:** NONE AVAILABLE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** CONDOMINIUM

WIDJAJA; IVONE U

191 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** WIDJAJA; IVONE U
    241 FRIENDS LANE
    WESTBURY , NY 11590

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** WIDJAJA; IVONE U

**CASE NUMBER:** 06M1 0159808

**FILING DATE: 8**/29/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 11,504.03

**ATTORNEY:** MICHAEL D WEIS

WILDER; GENEAN


192 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** WILDER; GENEAN
　　　6537 S VERNON AVE
　　　CHICAGO, IL 60637

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** WILDER; GENEAN

**CASE NUMBER:** 07M1 0116776

**FILING DATE: 5**/30/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 1,413.28

**ATTORNEY:** MICHAEL D WEIS

WOLFE; LATONYA

193 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** WOLFE; LATONYA
804 E 81ST ST APT 303
CHICAGO, IL 60619

**CREDITOR: CREDIT LINE RECOVERY**

**CASE NAME:** WOLFE; LATONYA

**CASE NUMBER:** 07M1 0124546

**FILING DATE:** 6/27/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 2,178.53

**ATTORNEY:** MICHAEL D WEIS

WOODS; JOANNE

194 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** WOODS; JOANNE
    1252 W 74TH PL APT 2
    CHICAGO, IL 60636-4105

**CREDITOR: CREDIT LINE RECOVERY**

**CASE NAME:** WOODS; JOANNE

**CASE NUMBER:** 06M1 0176006

**FILING DATE:** 1/10/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 5,142.31

**ATTORNEY:** MICHAEL D WEIS

195 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** WOODS; LATRISHA A
    1506 PITNE AVE 2ND FL
    EVANSTON, IL 60201

**CREDITOR: CREDIT LINE RECOVERY**

**CASE NAME:** WOODS; LATRISHA A

**CASE NUMBER:** 06M1 0155278

**FILING DATE:** 1/10/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 5,975.44

**ATTORNEY:** MICHAEL D WEIS

YUEN; LEYMON

196 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** YUEN; LEYMON
    11009 S OAK PARK AVE
    WORTH, IL 60482

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** YUEN; LEYMON

**CASE NUMBER:** 07M1 0132496

**FILING DATE: 5**/30/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 11,758.15

**ATTORNEY:** MICHAEL D WEIS

ZAHOS; MEGAN

197 of 198 DOCUMENTS

**Law Bulletin Publishing Company**

**\*\*\* THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY \*\*\***

**COUNTY:** COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

**DEBTOR:** ZAHOS; MEGAN
    701 BLUFF AVE APT 1
    LAGRANGE, IL 60525

**CREDITOR: CREDIT LINE RECOVERY** INC

**CASE NAME:** ZAHOS; MEGAN

**CASE NUMBER:** 07M1 0167946

**FILING DATE: 10**/24/2007

**TYPE:** JUDGMENT

**AMOUNT:** $ 3,223.14

**ATTORNEY:** MICHAEL D WEIS