**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL A. SARKAUSKAS, individually and on behalf of the class defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 07 CV 6258 Judge Conlon |
| v. | ) ) | Magistrate Judge Nolan |
| CREDIT LINE RECOVERY, INC. and MICHAEL D. WEIS, | ) ) ) | JURY DEMANDED |
| Defendants. | ) ) | |

**NOTICE OF MOTION**

**TO:**   (See attached service list.)

**PLEASE TAKE NOTICE** that on November 27, 2007 at 9:00 a.m., we will appear before Honorable Judge Conlon in room 1743 of the United States District Court, for the Northern District of Illinois, 219 S Dearborn St, Chicago, IL 60604, and present the following: **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION.**

                                              s/Daniel A. Edelman
                                              Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

   I, Daniel A. Edelman, hereby certify that on November 13, 2007, I caused to be filed the foregoing documents via the Court's CM/ECF system and caused to be sent true and accurate copies of the foregoing document via United States regular and certified mail to the following parties:

Michael D. Weis
843 Pony Lane
Northbrook, IL 60062

Credit Line Recovery
c/o Heather E. Weis
843 Pony Lane
Northbrook, IL 60062

                s/ Daniel A. Edelman
                Daniel A. Edelman