AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MICHAEL A. SARKAUSKAS, individually
and on behalf of the classes defined herein,

V.

CREDIT LINE RECOVERY, INC. and
MICHAEL D. WEIS,

CASE 07CV6258
JUDGE CONLON
ASSI MAG. JUDGE NOLAN
DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

MICHAEL D. WEIS
843 Pony Lane
Northbrook, IL 60062

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St. 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 0 5 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[(1)]

**DATE:** NOVEMBER 13TH, 07 11:59

**NAME OF SERVER (PRINT):** ROBERT W. BRINDAC JR.

**TITLE:** PRIVATE INVESTIGATOR

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 843 PONY LANE NORTHBROOK, IL. 60062

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/13/07

*Signature of Server*

Brindac & Son
Private Investigations
6912 Main Street Suite #10
Downers Grove, IL 60516
Phone (630) 243-7393

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.