IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| MICHAEL A. SARKAUSKAS, individually, and on behalf of the class defined herein, | ) ) | | |
| Plaintiff, | ) ) | | |
| vs. | ) ) | No. | 07 CV 6258 |
| | ) | | Judge Conlon |
| CREDIT LINE RECOVERY, INC. and MICHAEL D. WEIS, | ) ) ) | | Magistrate Judge Nolan |
| Defendants. | ) | | JURY DEMANDED |

## NOTICE OF FILING

TO:   See attached Service List.

*PLEASE TAKE NOTICE* that on **November 28, 2007**, we electronically filed in the office of the Clerk of the United States District Court, Northern District of Illinois - Eastern Division, our **APPEARANCE** on behalf of the Defendant, MICHAEL D. WEIS; a copy of which is attached hereto and hereby served upon you.

_____
Attorney for Defendant,
MICHAEL D. WEIS

Daniel F. Konicek
Attorney No. 6205408
KONICEK & DILLON, P.C.
21 W. State St.
Geneva, IL  60134
(630) 262-9655

## CERTIFICATE OF SERVICE

The undersigned states that the foregoing instruments were served upon all attorneys of record as addressed by depositing same in the U.S. Mail located at Geneva, Illinois 60134, on **November 28, 2007** with proper postage prepaid.

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL A. SARKAUSKAS, individually, and on behalf of the class defined herein, ) ) | | |
| Plaintiff, ) | | |
| vs. ) ) | No. | 07 CV 6258 |
| | | Judge Conlon |
| CREDIT LINE RECOVERY, INC. and ) | | Magistrate Judge Nolan |
| MICHAEL D. WEIS, ) | | |
| Defendants. ) | | JURY DEMANDED |

### SERVICE LIST

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC
120 S. LaSalle St., 18th Floor
Chicago, IL  60603
Phone: (312) 739-4200
FAX:   (312) 419-0379
*Attorneys for Plaintiff*