# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6258 | DATE | 11/27/2007 |
| CASE TITLE | SARKAUSKAS vs. CREDIT LINE RECOVERY | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for class certification [9] is taken under advisement. Response is due by January 7, 2008; reply is due by January 14, 2008.

*Suzanne B. Conlon*

Docketing to mail notices.

00:05

| | | Courtroom Deputy Initials: | TP |
|---|---|---|---|