# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6258 | **DATE** | 12/5/2007 |
| **CASE TITLE** | MICHAEL SARKAUSKAS vs. CREDIT LINE RECOVERY, INC ET AL | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 12/6/07.

*Suzanne B. Conlon*

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|