# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6258 | **DATE** | 12/6/2007 |
| **CASE TITLE** | SARKAUSKAS vs. CREDIT LINE RECOVERY, INC ET AL | | |

**DOCKET ENTRY TEXT**

Status hearing held. Parties shall comply with FRCP 26(1)(1) by January 17, 2008. Discovery cutoff and filing of dispositive motions with supporting memoranda is due by April 4, 2008. Joint pretrial order and agreed jury instructions submission set on April 24, 2008, @ 9:00 am. Plaintiff's draft to be submitted to defendants by April 16, 2007. Case is placed on the May trial calendar. These are firm dates.

*Suzanne B. Conlon*

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|