IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL A. SARKAUSKAS, individually and on behalf of the class defined herein, | ) ) ) ) | |
| Plaintiff, | ) | 07 CV 6258 |
| v. | ) ) | Magistrate Judge Nolan |
| CREDIT LINE RECOVERY, INC. and MICHAEL D. WEIS, | ) ) | JURY DEMANDED |
| Defendants. | ) ) | |

**PARTIES' JOINT STATUS REPORT**

Pursuant to the Court's December 21, 2007 and standing orders, Plaintiff Michael A. Sarkauskas and Defendants Creditline Recovery, Inc. and Michael D. Weis submit the following status report:

1.  Plaintiff claims on behalf of himself and a putative class that Defendants violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. ("FDCPA"), in the course of collection actions filed by Defendants in state court. Plaintiff claims that Defendants seek to, and do, recover attorney's fees which they are not legally entitled to recover, and that recovering such attorney's fees constitutes a violation of §§1692e, 1692e(2), 1692e(5), 1692e(10), 1692f, and 1692f(1) of the FDCPA.

2.  Plaintiff seeks to recover statutory damages ($1,000 for Plaintiff; 1% of Defendants' net worth for the class); attorney's fees, litigation expenses and costs of suit; and such other or further relief as the Court deems proper.

3.  Currently pending is Plaintiff's Motion for Class Certification, filed on

November 13, 2007.  Defendants response is currently due January 7, 2008 and Plaintiff's reply is due January 14, 2008.  Defendants will be asking the Court to vacate the briefing schedule until discovery is complete.

4. No discovery has been completed.  The parties anticipate taking written and oral discovery relating to the merits of Plaintiff's case, any alleged defenses, and issues related to Plaintiff's motion for class certification. The parties anticipate taking 4 depositions.

5. The parties believe all fact discovery should be completed by May 9, 2008.

6. The parties believe the case will be ready for trial 60 days after the Court's ruling on anticipated dispositive motions. Plaintiff has requested a trial by jury.

7. There have been no settlement discussions.

Respectfully Submitted,

s/Francis R. Greene                                   s/Daniel F. Konicek
Attorney for Plaintiff                                 Attorney for Defendants

Daniel A. Edelman                                      Daniel F. Konicek
Cathleen M. Combs                                      KONICEK & DILLON, P.C.
James O. Latturner                                     21 W. State Street
Tara L. Goodwin                                        Geneva, IL 60134
Michelle R. Teggelaar                                   (630) 262-9655
Francis R. Greene
EDELMAN, COMBS, LATTURNER
       & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, IL  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Francis R. Greene, hereby certify that on January 4, 2008, I caused to be filed the forgoing documents via the Court's CM/ECF system, which sent notification of such filing to the following party:

Daniel F. Konicek
dan@konicekdillonlaw.com

                                        s/Francis R. Greene
                                        Francis R. Greene