**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Michael A. Sarkauskas

                                            Plaintiff,

v.                                                                           Case No.: 1:07−cv−06258
                                                                             Honorable Nan R. Nolan

Credit Line Recovery, Inc., et al.

                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 9, 2008:

      MINUTE entry before Judge Nan R. Nolan :Magistrate Judge Status hearing held on 1/9/2008 and continued to 3/26/2008 at 09:00 AM. Plaintiff's motion to certify class [9] is withdrawn without prejudice. Plaintiff to draft/file order with chambers as out−llined in open court. Fact discovery to close 05/09/08. All previously set dates by the district court are hereby stricken. Defendants' oral motion for extension of time is granted. Defendants are given to and including 01/23/08 to file their answer to plaintiff's complaint.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.