IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL A. SARKAUSKAS, individually,          )
and on behalf of the class defined herein,    )
                              Plaintiff,       )
           vs.                                 )     No.     07 CV 6258
                                               )
CREDIT LINE RECOVERY, INC. and                 )             Judge Conlon
MICHAEL D. WEIS,                               )             Magistrate Judge Nolan
                              Defendants.      )
                                               )             JURY DEMANDED

## SERVICE LIST

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
   & GOODWIN, LLC
120 S. LaSalle St., 18th Floor
Chicago, IL 60603
Phone: (312) 739-4200
FAX:   (312) 419-0379
*Attorneys for Plaintiff*