IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL A. SARKAUSKAS, individually, and on behalf of the class defined herein, | ) ) | |
| Plaintiff, | ) | |
| vs. | ) ) | No.    07 CV 6258 |
| | ) | Judge Conlon |
| CREDIT LINE RECOVERY, INC. and MICHAEL D. WEIS, | ) ) | Magistrate Judge Nolan |
| Defendants. | ) | JURY DEMANDED |

## NOTICE OF FILING

TO:    See attached Service List.

PLEASE TAKE NOTICE that on **January 14, 2008**, we electronically filed in the office of the Clerk of the United States District Court, Northern District of Illinois - Eastern Division, Defendants' **ANSWER** and **AFFIRMATIVE DEFENSES**; copies of which are attached hereto and hereby served upon you.

_____
Attorney for Defendants

Daniel F. Konicek
Attorney No. 6205408
KONICEK & DILLON, P.C.
21 W. State St.
Geneva, IL  60134
(630) 262-9655

## CERTIFICATE OF SERVICE

The undersigned states that the foregoing instruments were served upon all attorneys of record as addressed by depositing same in the U.S. Mail located at Geneva, Illinois 60134, on **January 14, 2008** with proper postage prepaid.

_____