IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL A. SARKAUSKAS, individually and on behalf of the class defined herein, | ) ) ) ) | |
| Plaintiff, | ) | 07 CV 6258 |
| v. | ) ) | Magistrate Judge Nolan |
| CREDIT LINE RECOVERY, INC. and MICHAEL D. WEIS, | ) ) | JURY DEMANDED |
| Defendants. | ) ) | |

## STIPULATION

Defendants, Credit Line Recovery, Inc. and Michael D. Weis, stipulate that they will not make an offer that will have the effect of mooting the claims of the Plaintiff, Michael A. Sarkauskas, in the above captioned matter. In consideration of the foregoing, Plaintiff stipulates to withdraw his pending motion for class certification without prejudice.

Respectfully submitted,

**MICHAEL A. SARKAUSKAS**

By: s/Francis R. Greene
    One of His Attorneys

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER &
    GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (Fax)

**CREDIT LINE RECOVERY, INC.**
**MICHAEL D. WEIS**

By: s/Daniel F. Konicek
    One of Its Attorneys

Daniel F. Konicek
KONICEK & DILLON, P.C.
21 W. State Street
Geneva, IL 60134
(630) 262-9655
(630) 262-9659 (Fax)

## **CERTIFICATE OF SERVICE**

        I, Francis R. Greene, hereby certify that on January 24, 2008, I caused to be filed the foregoing document with the Clerk of the Court via the CM/ECF system, which sent notification of such filing to the following party:

Daniel F. Konicek
dan@konicekdillonlaw.com


                                                  s/Francis R. Greene
                                                  Francis R. Greene