IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL A. SARKAUSKAS, individually, and on behalf of the class defined herein, ) ) | | |
| Plaintiff, ) | | |
| vs. ) | No. | 07 CV 6258 |
| ) | | Judge Conlon |
| CREDIT LINE RECOVERY, INC. and ) | | Magistrate Judge Nolan |
| MICHAEL D. WEIS, ) | | |
| Defendants. ) | | JURY DEMANDED |

## MOTION FOR SUMMARY JUDGMENT

The Defendants, CREDIT LINE RECOVERY, INC. and MICHAEL D. WEIS, through their attorney, DANIEL F. KONICEK, move this Court pursuant to Rule 56 and Local Rule 56.1 for summary judgment, and in support thereof, submit a Local Rule 56.1(a)(3) Statement of Facts and a supporting Memorandum.

Respectfully submitted,

_____
Attorney for Defendants

Daniel F. Konicek
Attorney No. 6205408
KONICEK & DILLON, P.C.
21 W. State St.
Geneva, IL 60134
(630) 262-9655
DFK/cfg (MSJ)