IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| MICHAEL A. SARKAUSKAS, individually, and on behalf of the class defined herein, | ) ) | | |
| Plaintiff, | ) ) | | |
| vs. | ) ) | No. | 07 CV 6258 |
| | ) | | Judge Conlon |
| CREDIT LINE RECOVERY, INC. and MICHAEL D. WEIS, | ) ) ) | | Magistrate Judge Nolan |
| Defendants. | ) | | JURY DEMANDED |

### NOTICE OF MOTION

TO: See attached Service List.

*PLEASE TAKE NOTICE* that on **April 22, 2008** at **9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Nan R. Nolan** or any judge sitting in his/her stead in **Courtroom 1858** or in the courtroom usually occupied by him/her at the **United States District Court, Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois**, and shall then and there present the **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, LR56.1 STATEMENT OF FACTS AND MEMORANDUN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**; copies of which are attached hereto and hereby served upon you.

_____
Attorney for Defendants

Daniel F. Konicek (6205408)
KONICEK & DILLON, P.C.
21 W. State St.
Geneva, IL 60134
(630) 262-9655

### CERTIFICATE OF SERVICE

The undersigned states that the foregoing instruments were served upon all attorneys of record as addressed by depositing same in the U.S. Mail located at Geneva, Illinois 60134, on **April 8, 2008** with proper postage prepaid.

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL A. SARKAUSKAS, individually, and on behalf of the class defined herein, ) ) | | |
| Plaintiff, ) | | |
| vs. ) | No. | 07 CV 6258 |
| ) | | Judge Conlon |
| CREDIT LINE RECOVERY, INC. and ) | | Magistrate Judge Nolan |
| MICHAEL D. WEIS, ) | | |
| Defendants. ) | | JURY DEMANDED |

## SERVICE LIST

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
 & GOODWIN, LLC
120 S. LaSalle St., 18th Floor
Chicago, IL 60603
Phone: (312) 739-4200
FAX:   (312) 419-0379
*Attorneys for Plaintiff*