IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL A. SARKAUSKAS, individually and on behalf of the class defined herein, | ) ) ) ) | |
| Plaintiff, | ) | 07 CV 6258 |
| v. | ) ) | Magistrate Judge Nolan |
| CREDIT LINE RECOVERY, INC. and MICHAEL D. WEIS, | ) ) | JURY DEMANDED |
| Defendants. | ) ) | |

**PLAINTIFF'S MOTION TO COMPEL DEPOSITION OF SUSAN WEIS**

Plaintiff Michael A. Sarkauskas hereby asks the Court to enter an order, compelling the deposition of Susan Weis and to extend the discovery deadline for the limited purpose of allowing Plaintiff to take Ms. Weis's deposition.

In support of this motion, Plaintiff states as follows:

1. On January 9, 2008, the Court entered an order, setting May 9, 2008 as the discovery deadline.

2. On March 24, 2008, Plaintiff noticed the deposition of Michael Weis, Heather Weis, and Susan Weis for April 14, 2008. (Exhibit A)

3. On April 14, 2008, Michael Weis and Heather Weis appeared for deposition but Susan Weis did not, apparently because of a medical emergency.

4. Since April 14, 2008, Defendants have not provided Plaintiffs' counsel alternative dates that Susan Weis can appear for deposition.

5. On May 2, 2008, the undersigned sent an e-mail to Defendants' counsel,

1

asking for a dates when Susan Weis could be deposed. (Exhibit B)

6. As of May 8, 2008, the undersigned had not received a response from Defendants' counsel. On May 8, 2008, the undersigned left a voice mail with Defendants' counsel, Dan Konicek, to contact the undersigned to discuss a date that Susan Weis could be deposed. As of the time of the filing of this motion, Mr. Konicek had not contacted the undersigned.

7. Susan Weis is an officer of Defendant Credit Line Recovery, Inc. and also works for her husband, Michael Weis. Ms. Weis may have information which could prove useful to Plaintiff in responding to Defendants' motion for summary judgment, filed on April 8, 2008.

WHEREFORE, Plaintiff Michael A. Sarkauskas hereby asks the Court to enter an order, compelling the deposition of Susan Weis and to extend the discovery deadline for the limited purpose of allowing Plaintiff to take Ms. Weis's deposition.

s/Francis R. Greene<br>Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

      I, Francis R. Greene, hereby certify that on May 8, 2008, I caused to be filed the forgoing documents via the Court's CM/ECF system, which sent notification of such filing to the following party:

Daniel F. Konicek
dan@konicekdillonlaw.com

                                        s/Francis R. Greene
                                        Francis R. Greene