EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL A. SARKAUSKAS, individually and on behalf of the class defined herein, <br><br> Plaintiff, <br> v. <br><br> CREDIT LINE RECOVERY, INC. and MICHAEL D. WEIS, <br><br> Defendants. | 07 CV 6258 <br> Magistrate Judge Nolan <br><br> JURY DEMANDED |

## NOTICE OF DEPOSITIONS

To: (see attached service list):

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, plaintiff gives notice that he will take the oral depositions of the persons listed below on dates and times listed below. The depositions will be taken at the offices of Edelman, Combs, Latturn, & Goodwin LLC, 120 S. LaSalle St. 18th Floor, Chicago, IL 60603 and will be taken before a person authorized to administer oaths, continuing from day to day until completed.

| | **Deponent** | **Date** | **Time** |
|---|---|---|---|
| 1. | Michael Weiss | April 14, 2008 | 10:00 a.m. |
| 2. | Heather Weiss | April 14, 2008 | Immediately following the completion of the above-noticed deposition |
| 3. | Susan Weiss | April 14, 2008 | Immediately following the completion of the above-noticed deposition |

*/s/ Francis R. Greene*
Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC

120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX

### CERTIFICATE OF SERVICE

I, Francis R. Greene, hereby certify that on March 24, 2008, I caused to be served a true and accurate copy of the foregoing document via United States mail and facsimile upon the following party:

Daniel F. Konicek
Konicek & Dillon, P.C.
21 W. State Street
Geneva, IL 60134
(630) 262-9659 (FAX)

Francis R. Greene

# EXHIBIT B

Case 1:07-cv-06258　　Document 44-2　　Filed 05/08/2008　　Page 4 of 5

## Francis Greene

**From:** Francis Greene
**Sent:** Friday, May 02, 2008 1:43 PM
**To:** 'Dan Konicek'
**Subject:** Sarkauskas v. Credit Line Recovery

Dan: Please provide me with alternative dates that Susan Weis can be deposed.

Francis R. Greene

Edelman, Combs, Latturner & Goodwin, LLC

120 South La Salle Street

Suite 1800

Chicago, Illinois 60603

(312) 739-4200

(312) 419-0379 (fax)