IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL A. SARKAUSKAS, individually and on behalf of the class defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 07 CV 6258 |
| v. | ) ) | Magistrate Judge Nolan |
| CREDIT LINE RECOVERY, INC. and MICHAEL D. WEIS, | ) ) ) | JURY DEMANDED |
| Defendants. | ) ) | |

**NOTICE OF MOTION**

**TO:**   (See attached service list.)

   **PLEASE TAKE NOTICE** that on at May 15, 2008 9:00 a.m., we will appear before Honorable Judge Nolan in room 1858 of the United States District Court, for the Northern District of Illinois, 219 S Dearborn St, Chicago, IL 60604, and present the following: **PLAINTIFF'S MOTION TO COMPEL DEPOSITION OF SUSAN WEIS.**

                                                              s/Francis R. Greene
                                                              Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

    I, Francis R. Greene, hereby certify that on May 8, 2008, I caused to be filed the forgoing documents via the Court's CM/ECF system, which sent notification of such filing to the following party:

Daniel F. Konicek
dan@konicekdillonlaw.com


                s/Francis R. Greene
                Francis R. Greene