UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Michael A. Sarkauskas
         Plaintiff,

v.                Case No.: 1:07−cv−06258
                Honorable Nan R. Nolan

Credit Line Recovery, Inc., et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 15, 2008:

  MINUTE entry before Judge Honorable Nan R. Nolan: Hearing on motion called on 5/15/2008. Plaintiff's oral request that the motion to compel [44] be entered and continued is granted. Plaintiff's motion to compel is entered and continued to 6/11/2008 at 10:00 A.M. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.