## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Michael A. Sarkauskas
                                    Plaintiff,

v.                                               Case No.: 1:07−cv−06258
                                                       Honorable Nan R. Nolan

Credit Line Recovery, Inc., et al.
                                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 14, 2008:

      MINUTE entry before the Honorable Nan R. Nolan:Minute order entry dated 07/09/08 is amended as follows: Status hearing held on 07/09/08 and is continued to 08/06/07 at 9:00 a.m. In light of the settlement agreement reached among the parties, all pending motions before this Court are hereby moot.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.