**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Michael A. Sarkauskas
                                        Plaintiff,

v.                                                                              Case No.: 1:07−cv−06258
                                                                             Honorable Nan R. Nolan

Credit Line Recovery, Inc., et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

       MINUTE entry before the Honorable Nan R. Nolan:Case called for status. Plaintiff's counsel present. Defendants' counsel not present. Telephonic status hearing set for 8/7/2008 at 01:15 PM. Counsel for Plaintiff and Defendants' are to be available. This Court will initiate the status call at 1:15 p.m.Mailed notice(lxs, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.