**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Michael A. Sarkauskas
                                    Plaintiff,

v.                                              Case No.: 1:07−cv−06258
                                                Honorable Nan R. Nolan

Credit Line Recovery, Inc., et al.
                                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 7, 2008:

   MINUTE entry before the Honorable Nan R. Nolan:Magistrate Judge Status hearing held on 8/7/2008. Pursuant to parties joint agreed order of dismissal, Plaintiff's individual claims are dismissed with prejudice and without costs. Claims of the punitive class are dismissed without prejudice and without costs. Civil case terminated. Mailed notice(lxs, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.